■ PATRICK E. BURNS, Appellant, v LEE A. KROENING et al., Respondents, et al., Defendants. [899 NYS2d 722]—Appeal from a judgment and order (one paper) (denominated order) of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered February 4, 2009 in a personal injury action. The judgment and order denied the motion of plaintiff to set aside a jury verdict and for a new trial.

It is hereby ordered that the judgment and order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.